IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ONE SOURCE ROOFING, INC.,

      Appellant,

v.

Case No. 5D21-2170
LT Case No. 2021-CA-002464-O

INLAND CONSTRUCTION AND ENGINEERING, INC. AND BERKLEY INSURANCE COMPANY,

      Appellees.

_____/

Decision filed October 4, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Vincent Falcone, III, Judge.

Jeremy M. Paul, and Michael Fox Orr, of
Orr/Cook, Jacksonville, for Appellant.

Benjamin C. Patton, of
McRae and Metcalf, P.A. Tallahassee,
for Appellees.


PER CURIAM.


      AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.